# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2213.  DERRICK A. LEWIS v. THE STATE.**

In 2014, Derrick Lewis pleaded guilty to armed robbery and other crimes, and he was sentenced to 30 years, to serve 12 in confinement and the remainder on probation. In 2015, Lewis filed a motion to modify his sentence, which the trial court denied. Lewis did not appeal. In 2018, he filed a motion to set aside a void judgment, which the trial court also denied. Lewis appealed, but we dismissed the appeal because a motion to set aside an allegedly void conviction is not an appropriate remedy in a criminal case. See *Lewis v. State*, Case No. A19A1007 (Jan. 16, 2019).

Back in the trial court, Lewis filed a document titled "Modification of Sentence" in which he argued that his sentence should be reduced. Shortly thereafter, Lewis filed an "Amendment to Modification of Sentence" setting forth additional arguments for a sentence reduction. On April 12, 2019, the trial court entered an "Order Denying Amendment to Modification of Sentence," ruling that Lewis "does not present any grounds to change his sentence."[1] On May 21, 2019, Lewis filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Lewis's notice of appeal, filed 39 days after the order he wishes to appeal, was not timely, and we therefore lack jurisdiction

---

[1] It is not clear whether the trial court considered the motion to modify itself, or only the amendment to the motion.

to consider this appeal.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _08/01/2019_
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*